UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
|---|---|
| V. | Case Number: 8:07-cr-191-T-30TGW |
| PAMELA MICHELE GRIFFIN | USM Number: 42196-018 |
| | Alec Hall, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __ONE - SIX (6)__ of the term of supervision.
_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | Positive urinalysis for marijuana in violation of the Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | January 26, 2007 |
| TWO | Positive urinalysis for marijuana in violation of the Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | March 21, 2007 |
| THREE | Positive urinalysis for marijuana in violation of the Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | April 10, 2007 |
| FOUR | Positive urinalysis for marijuana in violation of the Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | April 24, 2007 |
| FIVE | Positive urinalysis for marijuana in violation of the Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | May 9, 2007 |
| FOUR | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition (Grade C Violation) | May 20, 2007 |

AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations – Sheet 1 Continuation

| | | | |
|---|---|---|---|
| DEFENDANT: | PAMELA MICHELE GRIFFIN | Judgment - Page 2 of 5 | |
| CASE NUMBER: | 8:07-cr-191-T-30TGW | | |

       The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 22, 2007
Date of Imposition of Judgment

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

22 Aug, 2007
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation — Sheet 2 - Imprisonment

| | | | | |
|---|---|---|---|---|
| DEFENDANT: | PAMELA MICHELE GRIFFIN | Judgment - Page | 3 | of 5 |
| CASE NUMBER: | 8:07-cr-191-T-30TGW | | | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FOUR (4) MONTHS.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.  p.m.  on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

| | | | |
|---|---|---|---|
| DEFENDANT: | PAMELA MICHELE GRIFFIN | Judgment - Page 4 of 5 | |
| CASE NUMBER: | 8:07-cr-191-T-30TGW | | |

# SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall be on supervised release for a term of TWENTY-FOUR (24) MONTHS.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations - Sheet 3C — Supervised Release

| DEFENDANT: | PAMELA MICHELE GRIFFIN | Judgment - Page 5 of 5 |
|---|---|---|
| CASE NUMBER: | 8:07-cr-191-T-30TGW | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__  Defendant shall participate in the Home Detention program for a period of FOUR (4) MONTHS. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer.

__X__  The defendant shall participate in a drug counseling/treatment program (outpatient and/or patient) during her term of supervised release as directed by the probation officer.